THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUDSON & MAN-HATTAN RAILROAD COMPANY, Respondent, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

Argued January 11, 1946; decided March 7, 1946.

*Ignatius M. Wilkinson, Corporation Counsel (Edward Garfield* and *Leo Brown* of counsel), for appellants.

*Charles Lamb, Benjamin Menschel* and *Jacob Newman* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and MEDALIE, JJ. Taking no part: THACHER, J.